**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:

| | |
|---|---|
| **ROBERT PAUL SHARPE,** | **CASE NO.: 23-00607-5-DMW** |
| | **CHAPTER 13** |
| **DEBTOR(S)** | |

**NOTICE OF MOTION**

_____

<u>NOTICE IS HEREBY GIVEN</u> of the Motion to Withdraw filed simultaneously herewith by Richard P. Cook and Richard P. Cook, PLLC in the above-captioned case, a copy of which Motion attached hereto; and

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have any attorney, you may wish to consult with one.

If you do not want to the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before <u>December 15, 2023</u>, unless otherwise ordered, you or your attorney must file with the Court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at: US Bankruptcy Court, PO Box 791, Raleigh, NC 27602. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the attorney whose name appears at the bottom of this notice, to the bankruptcy administrator, the trustee, and to other parties in interest.

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the Motion at a date, time, and place to be later set and all parties will be notified accordingly, Any party filing a response to the Motion shall appear at any hearing in support of the objection or may be assessed with costs.

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated:  November 21, 2023                    RICHARD P. COOK, PLLC

<u>/s/ Richard P. Cook</u>
Richard P. Cook
Attorney for the Debtor(s)
NC State Bar No. 37614
7036 Wrightsville Ave., Ste. 101
Wilmington, NC 28403
Telephone: (910) 399-3458
Email: richard@capefeardebtrelief.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:

ROBERT PAUL SHARPE,                                 CASE NO.: 23-00607-5-DMW
                                                    CHAPTER 13
    DEBTOR(S)

**MOTION TO WITHDRAW**

NOW COMES counsel for the Debtor, Robert Paul Sharpe ("Debtor"), and hereby moves to withdraw as counsel for the following reason:

1. Due to irreconcilable differences with the Debtor, Richard P. Cook, and Richard P. Cook, PLLC can no longer effectively represent the Debtor.

2. Counsel for the Debtor has informed the Debtor of this motion. The Debtor understands that if he objects to counsel withdrawing, he must file an objection with this Court.

WHEREFORE, the undersigned prays to the Court that Richard P. Cook and Richard P. Cook, PLLC be allowed to withdraw as counsel of record for the Debtor (in both this above captioned Chapter 13 case, and also in Adversary Proceeding Case No. 23-00089-5-DMW); and for such other and further relief as the Court deems appropriate.

Dated: November 21, 2023        RICHARD P. COOK, PLLC

/s/ Richard P. Cook
Richard P. Cook
Attorney for the Debtor(s)
N.C. State Bar No. 37614
7036 Wrightsville Ave., Ste. 101
Wilmington, NC 28403
Telephone: (910) 399-3458
Email: richard@capefeardebtrelief.com

CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that he is over eighteen (18) years of age and that the:

**MOTION TO WITHDRAW**

Was served upon the below named parties, and/or their counsel, by mailing postage prepaid, first class mail to the address(es) shown below, via email transmission, or via CM/ECF where indicated:

<u>Via CM/ECF</u>
Bankruptcy Administrator

Joseph A. Bledsoe, III
Chapter 13 Trustee

<u>Service via First Class Mail</u>
Robert Paul Sharpe
245 Royal Fern Road
Wilmington, NC 28412
Debtor

Dated: November 21, 2023                    RICHARD P. COOK, PLLC

<u>/s/ Richard P. Cook</u>
7036 Wrightsville Avenue
Suite 101
Wilmington, NC 28405
(910) 399-3458