**SO ORDERED.**

**SIGNED this 13 day of December, 2023.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

**IN RE:**

**ROBERT PAUL SHARPE,**　　　　　　　　　　**CASE NO.: 23-00607-5-DMW**
　　　　　　　　　　　　　　　　　　　　　　　　**CHAPTER 13**
　　　**DEBTOR(S)**

**ORDER ALLOWING MOTION TO WITHDRAW**

　　　THIS MATTER comes before the Court upon the Motion of Richard P. Cook, and Richard P. Cook, PLLC to withdraw as counsel for the Debtor, and it appearing that the relief requested therein is proper and for good cause shown;

　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Richard P. Cook and Richard P. Cook, PLLC are allowed to withdraw as counsel for Robert Paul Sharpe and are relieved of any further obligations of representing or assisting the Debtor with regards to this case, and with regards to Adversary Proceeding Case No. 23-00089-5-DMW.

"END OF DOCUMENT"
