0015-2V-EPIE2V-01426332-2951297

# United States Bankruptcy Court

For The

Eastern District of North Carolina Wilmington Division

ROBERT PAUL SHARPE
245 ROYAL FERN ROAD
WILMINGTON, NC 28412

Case No.:  23-00607-5-DMW
SS #1:  XXX-XX-0819

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | | The Plan was confirmed on | MO. | DAY | YR. | | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 03 | 03 | 23 | | | | | | | | 02 | 01 | 24 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors.  $ 1,400.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | PRINCIPAL | INTEREST | |
| ROBERT PAUL SHARPE | 777 | Refund | 1,025.00 | 1,025.00 | 0.00 | 0.00 |
| RICHARD P. COOK | 068 | Attorney | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | 009 | DirectPay | 0.00 | 0.00 | 0.00 | DirectPay |
| SANTANDER CONSUMER USA | 010 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING, | 800 | DirectPay | 0.00 | 0.00 | 0.00 | DirectPay |
| LAKEVIEW LOAN SERVICING, | 802 | Secured | 731.27 | 0.00 | 0.00 | 731.27 |
| YAMAHA MOTOR FINANCE CORP | 051 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| MR COOPER | 027 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| SANTANDER CONSUMER USA | 040 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| SANTANDER CONSUMER USA | 041 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 022 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| NEW HANOVER COUNTY TAX OF | 030 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT OF REVENUE | 029 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| ADRIANNE GEORGE | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ALGERNON L. BUTLER III | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ALLY BANK | 003 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| ASCENSIA DIABETES CARE | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPE FEAR TAX AND ACCOUNT | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHERYL MIHALIK | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LVNV FUNDING | 011 | Unsecured | 25,425.30 | 0.00 | 0.00 | 25,425.30 |
| COMDATA | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DAVID DANEL | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DAVINCI AEROSPACE, LLC | 014 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDEX | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIEKER BROTHERS, LLC | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FORTE CONSULTING GROUP | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GOLDMAN SACHS BANK USA | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HOLLY GRANGE | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HOWARD STALLINGS FROM ATK | 020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| I.T.WORKS! | 021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| JASON R. GRAVES | 023 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| JOHN CAMPBELL | 024 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MARK EASTHAM | 025 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |

0015-2V-EPIE2V-01426332-2951297

# United States Bankruptcy Court

For The

Eastern District of North Carolina Wilmington Division

ROBERT PAUL SHARPE
245 ROYAL FERN ROAD
WILMINGTON, NC 28412

Case No.: 23-00607-5-DMW
SS #1: XXX-XX-0819

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 03 | 03 | 23 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | | | |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 02 | 01 | 24 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.          $          1,400.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| MICHAEL RUDNER | 026 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MULLINS DUNCAN HARRELL & | 028 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NICHOLAS BECTON | 031 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| OTX CONSULTING | 032 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PETER SPARK | 033 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| PORT CITY CONTRACTING SER | 035 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| REISS & NUTT | 036 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ROEDER, COCHRAN, PHILLIPS | 037 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RYAN ALBERT | 038 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SALESFORCE, INC. | 039 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SENTINEL BEBEFITS GROUP, | 042 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SIG SAUER, INC. | 043 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SMALL BUSINESS ADMINISTRA | 044 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SMITH ANDERSON BLOUNT DOR | 046 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| THE DAVINCI COMPANY, LLC | 047 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| USAA FEDERAL SAVINGS BANK | 048 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| VOLVO CAR FINANCING SERVI | 049 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ZERO TECH OPTICS USA | 052 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BUTLER & BUTLER | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CARRUTHERS & ROTH, PA | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| POLLY AND ASSOCIATES, LLC | 034 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SMALL BUSINESS ADMINISTRA | 045 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| VOLVO CAR FINANCIAL SERVI | 050 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| BROCK AND SCOTT PLLC | 053 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| MR COOPER | 054 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| JOHN C. BIRCHER III | 055 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GARRY MASTERSON | 056 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 057 | Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| SMITH ANDERSON BLOUNT DOR | 058 | Unsecured | 2,346.56 | 0.00 | 0.00 | 2,346.56 |
| ALLY BANK | 059 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| NEWREZ LLC dba SHELLPOINT | 060 | Secured | 35,106.86 | 0.00 | 0.00 | 35,106.86 |
| PORT CITY CONTRACTING SER | 061 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| ROEDER, COCHRAN, PHILLIPS | 062 | Unsecured | 14,794.96 | 0.00 | 0.00 | 14,794.96 |

0015-2V-EPIE2V-01426332-2951297

# United States Bankruptcy Court

For The

Eastern District of North Carolina Wilmington Division

ROBERT PAUL SHARPE
245 ROYAL FERN ROAD
WILMINGTON, NC 28412

Case No.: 23-00607-5-DMW
SS #1: XXX-XX-0819

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 03 | 03 | 23 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | | | |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 02 | 01 | 24 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.            $            1,400.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | PRINCIPAL | INTEREST | |
| LAKEVIEW LOAN SERVICING, | 803 | Secured | 250.00 | 0.00 | 0.00 | 250.00 |
| CHRISTOPHER L. WHITE | 063 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LOGS LEGAL GROUP LLP | 064 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| VOLVO CAR FINANCIAL SERVI | 065 | Unsecured | 6,451.44 | 0.00 | 0.00 | 6,451.44 |
| THOMAS S. BABEL | 066 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHARLES M. IVEY, III | 067 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| ROBERT PAUL SHARPE | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 36,088.13 | 0.00 | 49,018.26 | 0.00 | 1,025.00 | 86,131.39 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 0.00 | 0.00 | 1,025.00 | 1,025.00 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,025.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| ROBERT PAUL SHARPE / PRO | 0.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE | | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | | CLERK'S CHARGES | .25 EACH CLAIM OVER 10 | EXPENSE FUND | COMPENSATION FUND | | |
| | 0.00 | 0.00 | | 0.00 | 375.00 | 0.00 | 375.00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.  Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated:  03/20/2024

Joseph A. Bledsoe, III, Chapter 13 Trustee
P.O. Box 1618
New Bern, NC  28563